# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAVOY, THOMAS J. | U.S. DISTRICT COURT - NDNY | 06/24/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR US DISTRICT COURT JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

FEDERAL BUILDING
15 HENRY STREET
BINGHAMTON, NEW YORK 13902

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Trustees Emeritus - see VIII | Albany Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/06/86 | County of Broome-vested retirement health insurance benefit |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 06/24/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | 12/31/2012 | NYS & Local Employees Retirement System - Pension | $1,068.48 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citizens Bank | rental property - Conklin, NY | M |
| 2. | SunTrust Mortgage, Inc. | rental property - Ft. Myers, FL | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 06/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Oppenheimer Equity Income Fund A (See note Section VIII) | A | Dividend | | | Sold | 07/17/12 | K | | |
| 2. Oppenheimer Special Fund A (see note Section VIII) | A | Dividend | | | Sold | 07/17/12 | K | | |
| 3. Edward Jones - cash/money market - see note section also | A | Int./Div. | J | T | | | | | |
| 4. Ft. Myers, Fl - Condo | D | Rent | L | W | | | | | |
| 5. Conklin, NY - ▓▓▓▓ | G | Rent | M | W | | | | | |
| 6. Binghamton, NY single family home | D | Rent | L | W | | | | | |
| 7. Conklin, NY undeveloped lot | | None | K | W | | | | | |
| 8. Sanibel, Florida condominium | D | Rent | N | W | | | | | |
| 9. Endicott, NY - 2family | D | Rent | L | W | | | | | |
| 10. Kirkwood, NY - single family home | B | Rent | L | W | | | | | |
| 11. Long Island Power Auth NY Electric System Gen Ser B Revinue | B | Int./Div. | K | T | | | | | |
| 12. Lord Abbett Affiliated FD CL A CUSIP | A | Dividend | K | T | | | | | |
| 13. Nuveen New York Municipal Bond Class A See part VIII (X) | C | Int./Div. | M | T | | | | | |
| 14. Mutual Global Discovery Fund CL A (X) | A | Dividend | J | T | | | | | |
| 15. Franklin Rising Dividends Fund CLA (X) | A | Dividend | J | T | | | | | |
| 16. Franklin Mutual Shares Fund CL A (X) | A | Dividend | J | T | | | | | |
| 17. Magna International Inc. Class A Common | A | Dividend | J | T | Buy | 3/23/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Cabot Oil & Gas Corp com | | None | | T | Buy | 6/14/12 | L | | |
| 19. Cabot Oil & Gas Corp com | | None | | | Sold | 10/31/12 | L | | |
| 20. Williams Companies Inc. common stock | A | Dividend | K | T | Buy | 6/14/12 | L | | |
| 21. Chevron Corp Com (see part VIII) | | None | K | T | Buy | 11/20/12 | K | | |
| 22. Target Corporation Common (See part VIII) | | None | J | T | Buy | 11/26/12 | J | | |
| 23. World Fuel Svcs Corp Com (See part VIII) | | None | J | T | Buy | 11/26/12 | J | | |
| 24. Potash Corp of Saskatchewan Inc common (See part VIII) | | None | J | T | Buy | 11/26/12 | J | | |
| 25. Kinder Morgan Energy Partners LP (See part VIII) | | None | K | T | Buy | 11/26/12 | K | | |
| 26. Edward Jones IRA (see Part VIII) | C | Dividend | O | T | | | | | |
| 27. M&T Bank accounts(see Part VIII) | A | Interest | L | T | | | | | |
| 28. Oppenheimer Main Street Fund Class A OPTFX (X) | A | Dividend | K | T | | | | | |
| 29. Templeton China World Fund CL A TCWAX (X) | A | Dividend | K | T | | | | | |
| 30. Templeton Growth Fund CL A (X) | A | Dividend | K | T | | | | | |
| 31. Franklin Flex Cap Growth Fund CL A (X) | A | Dividend | K | T | | | | | |
| 32. Franklin Small-Mid Cap Growth Fund CL A (X) | A | Dividend | K | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions: No reportable assets associated with my position as Member of the Board of Trustees of Albany Law School.

Part VII Lines 1 & 2 - Inadvertently omitted from the original 2012 report, these (Oppenheimer) assets were sold to pay for flood damage caused in 2012 to Conklin, NY _____ (asset reported on VII/Line5) Both assets were part of National Financial Services, which name changed sometime in 2012 to Lincoln Investment. The headers were eliminated. Replacing them in lines 1 & 2 resulted in renumbering of the report.

Part VII Line 3 - All individual assets that are part of the Edward Jones brokerage account which are subject to disclosure have been listed.

Part VII Line 11 now renumbered Line 13, Nuvene New York Municipal Bond Class A is the only asset held in Northwestern Mutual Investment Services. Use of the header was discontinued and only the reportable asset appears on Line 13, Part VII. A (X) has been added to the entry since it is being added to the report for the first time.

Part VII Line 24 - IRA account at Edward Jones was not previously reported due to oversight, inadvertence and mistake. This IRA account is funded by 8 municipal bonds all of which have been listed. See lines 14, 15, 16, 28, 29, 30, 31 & 32. A (X) has been added to the description of each since they are being added to the report for the first time. Also, the original report (which this report amends) showed purchases for lines 12, 13 & 14, now lines 14, 15 & 16, however, those were a reinvestment of dividends and are not required to be reported.

Part VII Line 27 - M&T Bank Accounts were not previously reported due to oversight, inadverertence and mistake.

Part VII The assets listed on lines 21 (purchased 11/20/2012) , 22, 23, 24 & 25 were purchaed on November 26, 2012 and produced no income during calendar year 2012.

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J. | 06/24/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **THOMAS J. MCAVOY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544